UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY,<br><br>**Terminated** Plaintiff/Interpleader,<br><br>v.<br><br>DEMETRIUS WARREN,<br>RITA WOODS,<br>REBECCA LAY,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>) No. 1:19-cv-03994-JMS-MPB<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

On January 12, 2021, the Magistrate Judge recommended that Defendants Rita Woods and Rebecca Lay's *Motions for Summary Judgment* (Docket No. 31, Docket No. 32) be **granted** and that the 2005 Designation control, thus entitling Woods and Lay each to 50% of the remaining Optional Life Insurance Plan benefits, plus interest accrued. (Docket No. 40). The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation. (Docket No. 40).

It is therefore, **ORDERED, ADJUDGED AND DECREED** that Woods and Lay's *Motions for Summary Judgment* (Docket No. 31, Docket No. 32) are **GRANTED**. The court finds that Rita Woods and Rebecca Lay are each entitled to 50% of the remaining Optional Life Insurance Plan benefits, plus interest accrued. Both Woods and Lay must execute W-9 forms before the court can enter final judgment and direct the Clerk of the Court to remit the funds. Thus, the Clerk of the Court is **DIRECTED** to mail W-9 forms to both Rita Woods and Rebecca Lay.

1

The Clerk is further **DIRECTED** to include self-addressed, stamped envelopes for both Woods and Lay to return the executed W-9 forms. The executed W-9s should be returned to:

Birch Bayh Federal Building & U.S. Courthouse
Attn: Finance Department
46 East Ohio Street
Indianapolis, IN 46204

Woods and Lay are **ORDERED** to execute the W-9 forms and return them to the court within **14 days of this entry**.

**IT IS SO ORDERED.**

Date: 2/1/2021

Hon. Jane Magnus-Stinson, Chief Judge
United States District Court
Southern District of Indiana

Distribution:

DEMETRIUS WARREN
3643 Meadow View Dr.
Kokomo, IN 46901

RITA WOODS
2372 Central Park Drive N #100
Plainfield, IN 46168

REBECCA LAY
4405 Loring Road
Virginia Beach, VA 23456

U.S. District Court, Southern District of Indiana Finance Department